USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
YUDELKA VASQUEZ,                               :

                       Plaintiff,            :

    -against-                                :

764 GOMEZ RESTAURANT CORP.,                    :

                       Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 8110 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a status conference on June 19, 2009, the following schedule is established on consent:

       1.     The parties shall complete all discovery by August 14, 2009, unless otherwise directed by Magistrate Judge Fox.

Dated: June 19, 2009
       New York, New York

                                     SO ORDERED:

                                     WILLIAM H. PAULEY III
                                     U.S.D.J.

*Counsel of record:*
Daniel Maimon Kirschenbaum, Esq.
Joseph and Herzfeld
757 3rd Avenue
New York, NY 10017
*Counsel for Plaintiff*

David Benjamin Friedrich, Esq.
Friedrich & Friedrich LLC
203 Godwin Avenue
Ridgewood, NJ 07450
*Counsel for Defendant*